AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Emanuel Cervantes | ) | Case No.  0:23-MJ-08-EBA |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 7, 2023_____ in the county of _____Boyd_____ in the
____Eastern____ District of _____Kentucky_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) | Escape from Federal Custody |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_Matthew Wilson by EBA with permission_
Complainant's signature

Matthew Wilson DUSM
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Criminal Procedure 4.1 transmitted by reliable electronic means (telephone)

Date: _7/21/2023_

Signed By:
Edward B. Atkins
United States Magistrate Judge
Judge's signature

City and state: ____Lexington, KY____          Edward B. Atkins, US Magistrate Judge
Printed name and title