UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED

JUL 0 2 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

EMANUEL CERVANTES

INDICTMENT NO. 0:26cr34.DLB.EBA
18 U.S.C. § 751(a)

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

On or about July 7, 2023, in Boyd County, in the Eastern District of Kentucky,

**EMANUEL CERVANTES**

did knowingly escape from custody at FCI Ashland, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of conspiracy to possess with intent to distribute controlled substances in violation of 21 U.S.C. §§ 846 and 841, all in violation of 18 U.S.C. § 751(a).

A TRUE BILL.

███████████████

FOREPERSON

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

EMILY K. GREENFIELD
ASSISTANT UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 5 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**       Mandatory special assessment of $100.

**PLUS:**       Restitution, if applicable.